AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Marsha Johns and David Mar*



FILED ✓ _____ RECEIVED
_____ ENTERED _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUL 30 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER M. BERGNA,

    Plaintiff,

vs.

MARSHA JOHNS, et al.,

    Defendants.

Case No. 3:17-CV-00412-MMD-CBC

ORDER

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**
(First Request)

Defendants, Marsha Johns and David Mar, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby submit their Motion for Extension of Time to File Dispositive Motions (First Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    ARGUMENT**

Defendants respectfully request a sixty (60) day extension of time out from the current deadline (August 2, 2019) to file dispositive motions in this case. Defense counsel has recently been reassigned this matter from another attorney. Defense Counsel requests an extension of time to familiarize himself with this claim. Additionally, Counsel is in the process of preparing for a Jury Trial in this Court. Counsel for the Defendants is scheduled to be second chair on a trial in the United States District Court for the District of Nevada. Counsel is scheduled to assist Ms. Gerri Hardcastle as second chair in a trial in front of Judge Robert C. Jones, 3:15-cv-00543-RCJ-CBC. Ms. Hardcastle has less trial experience

than Counsel. In order to provide the best representation to the Client, a decision was made that Counsel would assist in the trial of the Gruber matter. However, trial preparation is ongoing, and will take additional time this week to be fully prepared.

Defense counsel also submits that this Division has experienced a wave of recent retirements and departures. Although the Division is depleted, new Deputy Attorneys General (DAGs) should be arriving in early August to help restore normal functionality. Defense counsel respectfully requests this extension to accommodate the new arrivals and the Division during this transition period.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough briefing to narrow or eliminate issues in this case. The requested sixty (60) day extension of time should permit the parties time to adequately research draft, and submit dispositive motions in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a sixty (60) day extension of time from the current deadline to file dispositive motions in this case, with a new deadline to and including Tuesday, October 1, 2019.

DATED this 29th of July, 2019.

AARON D. FORD
Attorney General

By: _____
DOULGAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 7/30/2019

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of July, 2019, I caused to be served, a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (First Request)**, by U.S. District Court CM/ECF Electronic Filing on:

Peter M. Bergna #74563
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3

# DECLARATION

# DOUGLAS R. RANDS

# DECLARATION

# DECLARATION OF DOUGLAS R. RANDS

1. I, Douglas R. Rands, am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

2. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

3. I am an Attorney licensed to practice law in the Federal District Court for the District of Nevada.

4. In connection with the filing of this declaration, I submit this declaration in support of Defendant's Motion for Extension of time in the matter entitled *Bergna v Johns, et al.,* currently pending in the United States District Court, District of Nevada as Case No. 3:17-CV-00412-MMD-CBC.

5. Defense counsel has recently been reassigned this matter from another attorney.

6. I am in the process of preparing for a Jury Trial in this Court. I am scheduled, be second chair on a trial in the United States District Court for the District of Nevada.

7. This week, I am involved in trial preparation, which will take additional time this week to be fully prepared.

8. Defense counsel also submits that this Division has experienced a wave of recent retirements and departures. Although the Division is depleted, new Deputy Attorneys General (DAGs) should be arriving in early August to help restore normal functionality.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 29th day of July, 2019

_____
Douglas R. Rands

1