UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER M. BERGNA,<br><br>                    Plaintiffs,<br>v.<br><br>MARSHA JOHNS, *et al.*,<br><br>                    Defendants. | Case No. 3:17-cv-00412-MMD-CLB<br><br>ORDER |

*Pro Se* Plaintiff Peter M. Bergna, an inmate in the custody of the Nevada Department of Corrections ("NDOC") and currently housed at the Northern Nevada Correctional Center ("NNCC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin (ECF No. 46) recommending that the Court grant Defendants' motion for summary judgment ("Motion") (ECF No. 35). Plaintiff had until March 12, 2020, to file objections. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and grants the Motion.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); see also *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both

parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

Nevertheless, the Court conducts *de novo* review to determine whether to accept the R&R. Judge Baldwin found that Plaintiff failed to show that Defendants knowingly disregarded his medical condition. (ECF No. 46 at 8–9.) Judge Baldwin determined that Defendants fully addressed Plaintiff's chronic pain management needs. (*Id.*) Judge Baldwin also determined that Plaintiff failed to provide evidence that Defendants had no justifiable medical reason for removing his wheelchair. (*Id.* at 10.) Because Plaintiff now has a medical prescription for the wheelchair and because the wheelchair was later returned to Plaintiff, Judge Baldwin found no genuine issue of material fact exists regarding Defendants' removal of the wheelchair. (*Id.*) For these reasons, Judge Baldwin recommends that Defendants' Motion be granted. (*Id.* at 11.) Upon reviewing the R&R and underlying briefs, this Court finds good cause to adopt Judge Baldwin's recommendation in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 46) is adopted in its entirety.

It is further ordered that Defendants' motion for summary judgment (ECF No. 35) is granted.

The Clerk is directed to enter judgment in accordance with this order and close this case.

DATED THIS 20th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE